**SEALED**

## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Alexander | Date: 12/22/04   Time In Court: 1 hr. |
| Courtroom Clerk: Rex Brown | Tape Number: Digital Recording |
| Case: USA v. Leon Romprey (1); Richard Adams (2); Sandra Saunders (3) | Case Number: MJ04-M-284 JLA |
| AUSA: Nancy Rue | Defense Counsel: Catherine Byrne; Stephen Weymouth; Melvin Norris |
| PTSO/PO: September Lee Brown | Interpreter: N/A   Language: ___ |

### TYPE OF HEARING

☐ **Initial Appearance**
  ☐ Arrested: Date:_____
     Charging District: _____
  ☐ on warrant    ☐ on probable cause
  ☐ Defendant Sworn
  ☐ Advised of Charges
  ☐ Advised of Rights
  ☐ Requests Appointment of Counsel
  ☐ Will Retain Counsel
  ☐ Court Orders Counsel be Appointed
  ☐ Government Requests Detention & Continuance

☐ **Arraignment**
  ☐ Defendant Waived Reading of Indictment
  ☐ Defendant Pleads Not Guilty to Counts _____

☐ **Removal Hearing/Rule 40**
  ☐ Defendant Waives Identity Hearing
  ☐ Defendant Ordered Removed to Charging District. Order to Issue.
  ☐ Defendant Released, Conditions Remain/ Modified/Set
  ☐ Identity Established

☑ **Preliminary Examination (Rule 5 or Rule 32.1)**
  ☐ Probable Cause Found
  ☐ Identity Established
  ☐ Defendant Waives Identity Hearing
  ☐ Defendant Waives Preliminary Examination

☑ **Detention Hearing**
  ☐ Defendant Requests a Continuance
  ☐ Defendant Consents to Voluntary Detention
  ☐ Defendant Detained, Order to Issue
  ☐ Defendant Released on _____ with conditions
  ☐ Detention Taken Under Advisement

☐ **Preliminary Probation Revocation Hearing**
  ☐ Defendant Ordered Detained
  ☐ Defendant Released

☐ **Bail Revocation Hearing**
  ☐ Bail Revoked, Defendant Ordered Detained
  ☐ Defendant Released, Conditions Remain/Modified
  ☐ Defendant Released on _____ with Conditions

☐ **Miscellaneous Hearings**
  ☐ Attorney Appointment Hearing
  ☐ Change of Plea (Rule 11) Hearing
  ☐ Material Witness Hearing
  ☐ Motion Hearing
  ☐ Initial Status Conference
  ☐ Interim Status Conference
  ☐ Final Status Conference
  ☑ Other Foster Hearing

### CONTINUED PROCEEDINGS

① Preliminary Examination
② Detention Hearing
③ Foster Hearing

(Hearing) Conference set for 12/28/04 at 3:30 PM

### REMARKS

Upon request of the government and defense, the Court continues the matters of detention and probable cause. If necessary, a Rule 44 Foster hearing will be held for defendants Romprey and Saunders who are married co-defendants.

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrCtNoteMJforpdf.wpd 5/19/03)



DOCKETED 5