# United States District Court

United States _____ DISTRICT OF Massachusetts

v.

Leon Rompsey, et als.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: MJ04-m-284-JLA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Alexander | Bull | Krasnoo; Norris; Heymouth |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12/28/04 | Digital Recording | Brown |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ |   | 12/28/04 | direct |   | Christine Rosenbeck |
| 1 |   | 12/28/04 | × | × | Complaint and affidavit of Rosenbeck |
| ✓ |   | 12/28/04 | cross |   | Christine Rosenbeck |
| ✓ |   | 12/28/04 | re-open | direct | Christine Rosenbeck |
| ✓ |   | 12/28/04 | cross |   | Christine Rosenbeck |
|   | ✓ | 12/28/04 | direct |   | Rita Corvino Magnone |
|   | ✓ | 12/28/04 | cross |   | Rita Corvino Magnone |

* include a notation as to the location of any exhibit not held with the case file or not available because of size.