AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ DISTRICT

OF _____

MASSACHUSETTS

UNITED STATES OF AMERICA

v.

LEON ROMPREY

WARRANT FOR ARREST

Case Number: _MJ04-M-284JLA_

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**Leon Romprey**__
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**Knowingly and intentionally conspired to distribute and to possess with intent to distribute marijuana, a Schedule I Controlled Substance**

in violation of Title __21__ United States Code, Section(s) __846 & 841(a)(1)__.

**Joyce London Alexander**
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

**United States Magistrate Judge**
Title of Issuing Officer

Boston, MA; December 16, 2004
Date and Location

Bail fixed at $ _____  BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | EXECUTED BY ICE 12/30/04 ARRAIGNMENT OF THE | 12/30/04 |
| DATE OF ARREST |  |  |

*Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 DEC 17 P 1:11*

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____Leon Romprey_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS:     DEA, 15 New Sudbury Street, Room E-400, Boston, MA 02203