UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
v.                             )   CR. NO. 04-MJ-00284-JLA
                               )
LEON ROMPREY                   )
_____)
```

**NOTICE OF APPEARANCE**

Now comes James B. Krasnoo and enters his appearance on behalf of the defendant Leon Romprey with reference to the above-entitled matter.

<pre>
                              The Defendant
                              By His Attorney,


                              /s/ James B. Krasnoo
                              James B. Krasnoo
                              (BBO #279300)
                              Law Offices of James B. Krasnoo
                              23 Main Street
                              Terrace Level
                              Andover, MA  01810
                              (978) 475-9955
</pre>

**CERTIFICATE OF SERVICE**

I, hereby certify that a true copy of the above document was served upon Nancy Rue, Assistant United States Attorney by first class mail on February 1, 2005.

<pre>
                              /s/ James B. Krasnoo
                              James B. Krasnoo
</pre>