UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **LEON ROMPREY, et al.** ) | MJ 04-00-284-JLA |
| ) | |
| **Defendants** ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint and affidavit in this matter. As grounds for this motion, the government notes that the defendants in this case and related cases are now in custody, and therefore the government no longer has a basis for requesting them to be sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Nancy Rue
Nancy Rue
Assistant U.S. Attorney